IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JERRELL LAMAR JOHNSON                                                PLAINTIFF

v.                        No. 4:20-cv-1414-DPM

ARKANSAS DEPARRTMENT OF
CORRECTION; ARKANSAS DEPARTMENT
OF COMMUNITY CORRECTION; POPE
COUNTY CIRCUIT COURT; POPE COUNTY
DETENTION CENTER; POPE COUNTY
PUBLIC DEFENDER OFFICE; McGRUDER,
Warden; and DOES                                                     DEFENDANTS

## ORDER

Johnson's mail is being returned undelivered with a notation that he's no longer in the Pope County Detention Center. Doc. 5 & 6. Further, the public docket for Johnson's state criminal case shows that he was recently sentenced to probation for the charges at the heart of his complaint. *State v. Johnson*, 58CR-19-214. Johnson must update his address with the Clerk of Court and confirm the status of his state criminal charges by 15 January 2021. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 December 2020