# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JERRELL LAMAR JOHNSON                                              PLAINTIFF
ADC #658843

v.                          No. 4:20-cv-1414-DPM

ARKANSAS DEPARTMENT OF
CORRECTIONS; ARKANSAS
DEPARTMENT OF COMMUNITY
CORRECTIONS; POPE COUNTY
CIRCUIT COURT; POPE COUNTY
DETENTION CENTER; POPE
COUNTY PUBLIC DEFENDER
OFFICE; McGRUDER, Warden; and
DOES                                                              DEFENDANTS

## ORDER

Johnson hasn't updated his address with the Clerk; his mail is still being returned undelivered. *Doc. 7 & 9*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Motion, *Doc. 1*, denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 January 2021