IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRELL LAMAR JOHNSON**  **PLAINTIFF**
ADC #658843

v.   No. 4:20-cv-1414-DPM

**ARKANSAS DEPARTMENT OF
CORRECTIONS; ARKANSAS
DEPARTMENT OF COMMUNITY
CORRECTIONS; POPE COUNTY
CIRCUIT COURT; POPE COUNTY
DETENTION CENTER; POPE
COUNTY PUBLIC DEFENDER
OFFICE; McGRUDER, Warden; and
DOES**   **DEFENDANTS**

## JUDGMENT

Johnson's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2021